**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE: Christopher Blake Stinnett
Bethann June Stinnett

Case Number: 18-51329

Debtors

**ORDER**

This matter having come on for hearing on the chapter 13 trustee's motion to dismiss, and the court being sufficiently advised, IT IS ORDERED:

The Debtors shall have 21 days from the date of this order within which to convert this case to a case under chapter 7 or the case will be dismissed without further notice or hearing.

Order Tendered By:

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
KY #09330
PO Box 2204
Lexington KY  40588-2204
(859) 233-1527
notices@ch13edky.com

Copies to:

Debtors by mail
Counsel for Debtors via ECF

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Monday, March 11, 2019**
(grs)